**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BH Evert, Inc.,

Plaintiff,

v.

Howard Schultz & Associates International, Inc.,
as successor in interest to
Howard Schultz & Associates of Mid-America,

Defendant,

Court File No. 01-CV-870 (JRT/FLN)

**STIPULATION TO AMEND DEFENDANT'S ANSWER**

---

Howard Schultz & Associates International, Inc.,
as successor in interest to Howard Schultz
of the North Central States, Inc. and
Acquisition 3, d/b/a Howard Schultz & Associates
Super Central Area,

Counterplaintiff,

v.

BH Evert, Inc., and Boyd Harry Evert,

Counterdefendants.

---

Plaintiff BH Evert, Inc. and the attorneys for Boyd H. Evert hereby Stipulate to and do not contest Defendant Howard Schultz & Associates International, Inc.'s Amended Answer and Counterclaim in the form that it has been presented to the Court in Howard Schultz & Associates International, Inc.'s ("HS&A") Motion to Amend. Additionally, Boyd H. Evert's attorneys agree to accept service of process on behalf of Mr. Evert and waive any disputes related thereto.

#47029

FILED JAN 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

With the filing of this Stipulation executed by the parties' attorneys, HS&A withdraws its Motion to Amend its Answer from the Court's calendar and cancels the December 17, 2001 hearing related to the Motion.

Dated: December ___, 2001

**MOSS & BARNETT**

By ______________________________

Thomas J. Shroyer (Reg. No. 100638)
H. Le Phan (Reg. No. 274008)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: 612.347.0300

**Attorneys For Plaintiff BH Evert, Inc. and Counterdefendant Boyd H. Evert**

Dated: December 11, 2001

**BLACKWELL IGBANUGO ENGEN & SAFFOLD P.A.**

By J. Sebastian Stewart

David A. Engen, (Reg. No. 147655)
Damon L. Ward (Reg. No. 221442)
J. Sebastian Stewart (Reg. No. 272383)

3601 West 76th Street
Suite 250
Minneapolis, MN 55435-5242
Telephone: 952.646.0400

**Attorneys For Defendant Howard Schultz & Associates International, Inc.**

#47029

Dated: December 12th, 2001

**MOSS & BARNETT**

By ______________________
Thomas J. Shroyer (Reg. No. 100638)
H. Le Phan (Reg. No. 274008)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: 612.347.0300

**Attorneys For Plaintiff BH Evert, Inc. and Counterdefendant Boyd H. Evert**

Dated: December 11, 2001

**BLACKWELL IGBANUGO ENGEN & SAFFOLD P.A.**

By ______________________
David A. Engen, (Reg. No. 147655)
Damon L. Ward (Reg. No. 221442)
J. Sebastian Stewart (Reg. No. 272383)

3601 West 76th Street
Suite 250
Minneapolis, MN 55435-5242
Telephone: 952.646.0400

**Attorneys For Defendant Howard Schultz & Associates International, Inc.**

So ordered
Donald Noel